■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO SAUNDERS, Appellant. [672 NYS2d 801] —Application by the appellant for (1) a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 16, 1995 (*People v Saunders,* 220 AD2d 629), affirming a judgment of the Supreme Court, Kings County, rendered November 15, 1993, and (2) poor person relief.

Ordered that the branch of the application which is for poor

person relief is denied as academic, as the appellant was granted poor person relief by decision and order on motion of this Court dated March 24, 1994; and it is further,

Ordered that the branch of the application which is for a writ of error coram nobis is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Copertino, Sullivan and Krausman, JJ., concur.